UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>Defendants. | No. 2: 18-cv-2544 JAM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with this civil action. Plaintiff did not proceed in forma pauperis in this action. On November 29, 2018, the Honorable John A. Mendez adopted the November 6, 2018 findings and recommendations recommending that plaintiff be declared a vexatious litigant subject to a pre-filing order. (ECF Nos. 9, 13.)

On December 10, 2018, plaintiff appealed the November 28, 2018 order to the Ninth Circuit Court of Appeals. (ECF No. 15.) Pending before the court is plaintiff's motion to proceed in forma pauperis on appeal. (ECF No. 18.) For the reasons stated herein, the undersigned recommends that this motion be denied.

"An appeal may not be taken in forma pauperis if the trial court certifies that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Rule 24 of the Federal Rules of Appellate Procedure provides, in relevant part,

////

1

> (1) Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.
>
> (2) If the district court grants the motion, the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise. If the district court denies the motion, it must state its reasons in writing.

Fed. R. App. P. 24(a).

An appeal is taken in "good faith" where it seeks review of any issue that is "non-frivolous." Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). "[A]n issue is frivolous if it has 'no arguable basis in fact or law.'" O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990).

Although plaintiff's notice of appeal and motion to proceed in forma pauperis on appeal do not clearly identify the basis or bases for his appeal, the undersigned assumes that plaintiff challenges the order declaring him to be a vexatious litigant subject to a pre-filing order.

The November 6, 2018 findings and recommendations stated that at the time the findings and recommendations were prepared, plaintiff had filed 170 cases in this court challenging his Alameda County conviction. Based on these cases, the court found plaintiff to be a vexatious litigant and entered a pre-filing order. For the reasons stated in the November 6, 2018 findings and recommendations, the undersigned finds that plaintiff's appeal has no arguable basis in law or fact, rendering it frivolous and not taken in good faith under 28 U.S.C. 1915(a)(3).

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 18) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 4, 2019

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

Bon2544.ifp