UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-2544-TLN-KJN<br><br>**ORDER** |

Plaintiff is a state prisoner, proceeding without counsel. On November 29, 2018, the Honorable John A. Mendez filed an order declaring Plaintiff a vexatious litigant ("vexatious litigant order"). (ECF No. 13.) Good cause appearing, IT IS HEREBY ORDERED that:

1. The vexatious litigant order is amended to direct the Clerk of the Court to open a new case for each attempted new case pleadings filed by Plaintiff; the Clerk of the Court shall assign all new cases filed by Plaintiff to the undersigned and Magistrate Judge Kendall J. Newman; the undersigned will review the new cases for compliance with the vexatious litigant order;

2. All new case filed by Plaintiff related to his Alameda County conviction will be ordered dismissed and closed; and

////

////

1

3. The vexatious litigant order remains unchanged in all other respects.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge